UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-00157-SMM

UNITED STATES OF AMERICA,

v.

CRISTOBAL VELAZQUEZ-HERNANDEZ,
                                    Defendant.
_____/

FILED BY _____YAR_____ D.C.

Dec 16, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: _____
DIANA M. ACOSTA
Assistant United States Attorney
FL Bar No.      775185
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Diana.Acosta@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint                                          AUSA Diana M. Acosta

## UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>CRISTOBAL VELAZQUEZ-HERNANDEZ,<br><br>_____<br>*Defendant(s)* | Case No.<br><br>22-mj-00157-SMM |

FILED BY ___YAR___ D.C.
Dec 16, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

### CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 28, 2022__ in the county of __Okeechobee County__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Marc R. Blumsack, Deportation Officer, ICE
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: December 16, 2022

*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Marc Blumsack, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2016. I am currently assigned to Enforcement and Removal Operations, Criminal Apprehension Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Cristobal VELAZQUEZ-Hernandez ("VELAZQUEZ") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On or about November 28, 2022, VELAZQUEZ was arrested on a state violation of probation warrant in Okeechobee County, Florida. As part of the booking process, VELAZQUEZ was fingerprinted by the Okeechobee County Jail booking officials. The fingerprints were electronically submitted to a federal database maintained by the Department of Homeland Security, which triggered a positive match for an alien previously removed from the United States.

4. I reviewed documents from the immigration alien file belonging to VELAZQUEZ, AXXX XXX 647. A review of Department of Homeland Security

electronic records and the immigration alien file assigned to VELAZQUEZ show that he is a native and citizen of Guatemala. Records show that on or about November 17, 2018, VELAZQUEZ was ordered removed from the United States. Records in the alien file show that on or about November 30, 2018, VELAZQUEZ was removed from the United States to Guatemala.

5. VELAZQUEZ' fingerprint card from his November 28, 2022, arrest was entered into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, Cristobal VELAZQUEZ-Hernandez.

6. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if VELAZQUEZ had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that VELAZQUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about November 28, 2022, Cristobal VELAZQUEZ-Hernandez, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for

re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Marc Blumsack
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, in person, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __16th__ day of December 2022.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

3